FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAR 2 2 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NUMBER 17-30049-DRH |
| MARIO RICHARD BROWN-ROHAN, ) XCHION SHAQUILLE MORREN, ) | Title; 18 U.S.C. §§ 1028A; 1349; 1343 and 2 |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### Preface

1. Beginning no later than April 13, 2016, and continuing through May 3, 2016,

**MARIO RICHARD BROWN-ROHAN** and
**XCHION SHAQUILLE MORREN,**

defendants herein, and others known and unknown to the grand jury, developed a scheme to assume the identity of one or more persons, use that person(s) banking information and personal identification number(s), and transfer funds from that person(s) legitimate bank account onto gift cards, debit cards, or credit cards.

2. Neither **MARIO RICHARD BROWN-ROHAN** nor **XCHION SHAQUILLE MORREN** obtained permission from any of the person(s) to obtain or use their banking information or identification.

3. During this conspiracy and in furtherance of their efforts to obtain funds without permission, **MARIO RICHARD BROWN-ROHAN** and **XCHION SHAQUILLE MORREN** received and sent multiple packages through the United States Postal Service, or by any private or commercial interstate carrier.

1

4. On or about April 13, 2016, one MSR X6, a USB-powered magnetic credit and debit reader, writer, and encoder was deposited by Amazon.com into the mails for delivery by a private or commercial interstate carrier. The purchaser provided the name "Rohan Brown."

5. On May 3, 2016, **MARIO RICHARD BROWN-ROHAN** and **XCHION SHAQUILLE MORREN** were stopped by law enforcement while traveling in St. Clair County within the Southern District of Illinois. The MSR X6 USB-powered magnetic credit and debit card reader, writer and encoder was located within the trunk inside Morren's bag. Inside of the trunk, separated by rubber bands and secured in a shoe box were no less than 95 credit/debit cards.

6. **MARIO RICHARD BROWN-ROHAN** and **XCHION SHAQUILLE MORREN** obtained credit card and debit card information of multiple victims. **MARIO RICHARD BROWN-ROHAN** and **XCHION SHAQUILLE MORREN** maintained a supply of 95 credit/debit cards with their names on the cards. Using the encoder, **MARIO RICHARD BROWN-ROHAN** and **XCHION SHAQUILLE MORREN** re-coded the magnetic strip to reflect credit account and debit account information unlawfully and without the account holder's consent.

## COUNT 1

### CONSPIRACY TO COMMIT WIRE FRAUD INVOLVING THE USE OF THE MAIL

7. Paragraphs 1-6 are incorporated by reference.

8. From approximately April 23, 2016, through May 3, 2016, in St. Clair County, Illinois, and other counties within and outside of the Southern District of Illinois,

**MARIO RICHARD BROWN-ROHAN** and
**XCHION SHAQUILLE MORREN,**

Defendants herein, knowingly and willfully conspired, combined and agreed to commit the crime of wire fraud through devising and intending to devise a scheme to defraud account holders J.H., E.E., B.P., J.N., N.W., D.B., J.J., D.L, C.D., B.P., J.S., L.W., C.G., R.B., L.K., H.C., and A.D. and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises through the use of and foreseeable use of interstate wire communications.

## MANNER AND MEANS OF CONSPIRACY

9. **MARIO RICHARD BROWN-ROHAN** and **XCHION SHAQUILLE MORREN**, conspired with and were aided and abetted by others unknown to the grand jury to purchase a "MSR" USB-powered magnetic credit and debit card reader, writer, encoder, no less than ninety-five debit/credit/gift cards, and obtained and used debit/credit/gift card writing software.

10. The conspirators obtained personal identification information without permission of J.H., E.E., B.P., J.N., N.W., D.B., J.J., D.L, C.D., B.P., J.S., L.W., C.G., R.B., L.K., H.C., and A.D.

11. The conspirators utilized the USB-powered magnetic reader, writer, encoder, no less than ninety-five debit/credit/gift cards, and obtained and used debit/credit/gift card writing software to re-write a debit/credit/gift cards in **MARIO RICHARD BROWN-ROHAN** and **XCHION SHAQUILLE MORREN**'s name but the funds were taken from or charged to the banking accounts of J.H., E.E., B.P., J.N., N.W., D.B., J.J., D.L, C.D., B.P., J.S., L.W., C.G., R.B., L.K., H.C., and A.D.

**It was part of the scheme that the following overt acts occurred:**

12. On or about May 2, 2016, **MARIO RICHARD BROWN-ROHAN and XCHION SHAQUILLE MORREN** purchased items at Chipotle located in Fairview Heights, St. Clair

County Illinois within the Southern District of Illinois. The $402.87 used to pay for the goods came from an account belonging to J.N.

13. On or about May 2, 2016, **MARIO RICHARD BROWN-ROHAN** and **XCHION SHAQUILLE MORREN** purchased items at HomeGoods retail store located in Fairview Heights, St. Clair County Illinois within the Southern District of Illinois. A video tape of the sale shows both **MORREN** and **BROWN-ROHAN** at the cash register. The $138.77 used to pay for the goods came from an account belonging to J.N. This purchase occurred within an hour of the purchase from Chipotle.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2

### WIRE FRAUD

14. Paragraphs one through six, twelve and thirteen are incorporated by reference.

15. On or about May 2, 2016, in Fairview Heights, St. Clair County Illinois within the Southern District of Illinois,

**MARIO RICHARD BROWN-ROHAN** and
**XCHION SHAQUILLE MORREN,**

defendants herein, devised a scheme to defraud and intended to defraud, J.N., with the object of obtaining money and property by means of materially false and fraudulent pretenses, representations and promises. **BROWN-ROHAN** and **MORREN** presented a credit/debit card for payment of goods at HomeGoods retail totaling $138.77 causing an interstate wire communication to occur. The person paying for the goods, J.N., did not provide **BROWN-ROHAN** and **MORREN** permission to use J.N.'s personal identification or funds.

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 3

### Aggravated Identity Theft: JN

16. Paragraphs fourteen and fifteen are incorporated by reference.

17. On or about May 2, 2016, in St. Clair County within the Southern District of Illinois,

**MARIO RICHARD BROWN-ROHAN,** and
**XCHION SHAQUILLE MORREN,**

defendants herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit wire fraud as charged in Count 2, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1)

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
DONALD BOYCE
United States Attorney

Recommended Bond:
BROWN-ROHAN   Detention
MORREN            Detention

5