IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

XCHION SHAQUILLE MORREN,

Defendant.

Case No. 3:17-CR-30049-NJR-2

# ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Refund of Bail (Doc. 109). The motion states that Christie McIntyre, the wife of Defendant Xchion Shaquille Morren, posted $3,000 to secure Morren's release on bond (*See* Doc. 66). While on bond, Morren followed all ordered conditions and appeared at all court dates (Doc. 99 at 4). On December 26, 2019, Morren self-surrendered and now resides within the Bureau of Prisons (*Id.*). Because Morren met all conditions of bond and his sentence has commenced, Christie McIntyre requests that her cash bond be released. The Government did not file a response to her motion.

Finding that Morren complied with the terms of his release on bond, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to send Christie McIntyre, wife of Defendant Xchion Shaquille Morren, the $3,000 in bond money that she posted on his behalf.

**IT IS SO ORDERED.**

DATED:   September 8, 2020

NANCY J. ROSENSTENGEL
Chief U.S. District Judge